U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 2 2008
CLERK, U.S. DISTRICT COURT
By_____
Deputy

ORIGINAL

# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.
RANDALL WOLFORD (01)

CRIMINAL COMPLAINT

CASE NUMBER: 4:08-196-MJ

I, Tom Milner, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 30, 2008, in Tarrant County, in the Northern District of Texas, the defendant did,

> knowingly use a facility and means of interstate commerce, to attempt to knowingly persuade, induce, and entice an individual whom he believed was 13 years old, to engage in sexual activity for which a person can be criminally charged;

in violation of Title 18, United States Code, Section(s) 2422.

I further state that I am a law enforcement officer with the Samson Park Police Department, and that this complaint is based on the following facts:

See attached Affidavit of Officer Tom Milner, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:    ✓Yes    No

_____
Sgt. Tom Milner
Samson Park Police Department

Sworn to before me and subscribed in my presence, on this 12 day of September 2008, at Fort Worth, Texas.

HONORABLE CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer