## AFFIDAVIT OF CRIMINAL COMPLAINT

I, Tom Milner, being duly sworn, do hereby depose and state:

1.      I am a police officer with the Samson Park Police Department, having been so employed since April 2004.  I am assigned duties including investigations involving the sexual exploitation of children, child pornography, and other crimes in the Northern District of Texas and elsewhere.  I have gained expertise in conducting these investigations through training in seminars and classes and through daily work related to handling these types of cases.  These investigations include violations of sexual exploitation of children pursuant to Title 18, U.S.C. § 2422.  As a law enforcement officer, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

2.      This affidavit sets forth facts and suggests reasonable inferences from those facts, establishing that there is probable cause to believe that on or about April 30, 2008, in the Northern District of Texas, Randall WOLFORD (WOLFORD) used a facility or means of interstate commerce to knowingly attempt to persuade, induce or entice a person under the age of 18 years of age to engage in sexual acts, in violation of Enticement of a Child, in violation of 18 U.S.C. § 2422.

3.      The information contained in this affidavit is from Affiant's personal knowledge of the described investigation and from information obtained from

other law enforcement agents, including Tarrant County District Attorney's Office computer forensic examiner Kyle Gibson.

## YAHOO SERVICES, INC.

4.      Yahoo Services, Inc., (Yahoo!), whose corporate offices are located at 701 First Avenue, Sunnyvale, CA, 94085, is a commercial computer service company that provides services to Internet users that include e-mail, Groups, Internet search capability, games, personal ads, chat, instant messaging, and other services. Many of the services offered by Yahoo! are free to the user. Yahoo! offers search features as well as multiple links to many web sites both inside and outside of the Yahoo! domain. In addition, Yahoo! provides users access to a free Internet based Email account.

5.      Users of certain Yahoo! services are required to register with Yahoo! to obtain a Yahoo! ID. A Yahoo! ID is a unique identifier of a user's account. The registration process requires the selection of an ID (sometimes referred to as a screen name, Login Name, or profile), a password, and the voluntary supply of some personal information. This process is completed on line. Up to six profiles can be associated with a single Yahoo! ID. These profiles are also known as "aliases" and allow the user to appear as someone other than their Yahoo! ID when using certain Yahoo! services. Other users of the service may be able to view the profile information. Yahoo! ID registration and profile information is supplied by the user and is not verified by Yahoo!.

6.      When a user signs up for this service, or any Yahoo! service requiring a unique user identity, Yahoo! maintains the Internet Protocol (IP) address from which the account originated.  The input information, along with user settings and the original IP address for the unique screen name are also maintained by Yahoo!.  Once a unique screen name is assigned, the Yahoo! user can then send and receive Electronic Mail by logging on to Yahoo!'s servers.  Messages sent and received by the Yahoo! user pass through, and are stored on servers maintained by Yahoo!.  These messages are then downloaded by the Yahoo! user to read, or passed outside of the Yahoo! domain to the intended recipient.  Logs and copies of traffic across Yahoo!'s servers are maintained for a set period of time determined by the system administrators at Yahoo!.

7.      Yahoo! also offers two real-time communication methods called Yahoo! Instant Messenger (IM) and Yahoo! Chat.  IM is a one-on-one conversation tool that affords two Yahoo! users a private forum to type messages back and forth in real time.  The use of Yahoo! unique screen names allows a user to identify other users.  Users who wish to converse via IM can elect to place another user on his or her "Buddy list," to expedite setting up a later conversation. Yahoo! Chat is a similar, real-time communication method between Yahoo! unique screen names, however this is designed for group conversations.  Multiple Yahoo! users can access a variety of chat rooms maintained on Yahoo! computers and managed by Yahoo!.

8.      Yahoo! Photos is a free service that allows a Yahoo! user to upload, store and share photographs with other Yahoo! members in different photo albums associated with the user's account  A user can configure his or her account to allow any member of Yahoo! to view the contents of an album, or to block or otherwise restrict access to the album.  Yahoo! provides the Internet access in order to conduct the online chatting within the Yahoo! website.  Yahoo! is a facility or means of interstate or foreign commerce since the Internet is used to conduct online conversations.

## INVESTIGATION

9.      On or about March 20th , 2008, while using an Internet-connected computer, Sgt. Tom Milner, operating in an undercover capacity, entered a Yahoo! chat room posing as a thirteen (13) year old female by the name of Jennifer Easley and using the email address of Tahgoodgirl12@yahoo.com. Sgt. Milner entered the Romance category of chat rooms.  Shortly after entering the chat room, several individuals began instant messaging Sgt. Milner.  One of those individuals was lighmanntx@yahoo.com.

10.      Lighmanntx started the conversation by asking where Jennifer Easley was from.  After telling the defendant that Jennifer was from Ft. Worth, lighmanntx accused Jennifer of working for Perverted Justice or being law enforcement.

11.      Sgt. Milner repeatedly denied being law enforcement and continued to chat with the defendant.  The defendant only continued to chat once Sgt. Milner stated

that he had chatted online with other men before and received sexually graphic images

from these other men. Lighmanntx appears as "just mee" during the chat

conversations. The following is an excerpt from the chat conversation:

```
just rnee (312012008 9:34:19 PM): would it be because you are workin for one of the law enforcement agencies
just rnee (312012008 9:34:28 PM): or maybe even preverted justis
just rnee (312012008 9:34:39 PM): or one of the many ohter watch dog groups
Jennifer Easley (312012008 9:34:57 PM): no
just rnee (312012008 9:35:10 PM): you know girls your age should not be an are not allowed on the chat sites
Jennifer Easley (312012008 9:35:17 PM): just curious why is everyone so paranoid of dateline crap
Jennifer Easley (312012008 9:35:28 PM): sorry to bother u
just mee (312012008 9:35:30 PM): that just saying anything to you is a feloney
just rnee (312012008 9:35:51 PM): cause they ruin peoples lives with their shit
just rnee (312012008 9:36:09 PM): more than if the person killed someon
Jennifer Easley (312012008 9:36:09 PM): ok
Jennifer Easley (312012008 9:36:15 PM): no way
just rnee (312012008 9:36:46 PM): publis an show vids of the men with out any right or permission
just rnee (312012008 9:37:09 PM): like the people have no rights
Jennifer Easley (312012008 9:37:19 PM): I didnt know that
just rnee (312012008 9:37:27 PM): why not focus on drugs an murder
just rnee (312012008 9:37:33 PM): or drunk driving
Jennifer Easley (312012008 9:37:47 PM): right
just rnee (312012008 9:37:56 PM): it kills more people than pervs do
just rnee (312012008 9:38:25 PM): why not focus on old people starving cause our gov dosent provide
enough support for them
just rnee (312012008 9:38:48 PM): or getting all the mexican out of our country
```

12.    However, after less than two hours of online chatting with who he thought

was a thirteen year old girl, the conversation turns sexual in nature when the defendant wants

the undercover officer to give details on a prior sexual encounter with another man.

13.    At that point, the defendant states that he "would like to do the very same to

you" and that he "wants to rub you and show you how it feels to have a tongue on it".

14.    Three days later on March 23rd , 2008, lighmanntx contacts the undercover

officer online. During this chat lighmanntx wishes the thirteen (13) year old a happy Easter

and forwards information about a website to view a video of a girl using a hairbrush in a

sexually graphic way.

15.    On March 24th , 2008, lighmanntx contacts the undercover officer.  During this

conversation, lighmanntx offers to send a webcam to the undercover officer.  Lighmanntx stated

that he would enjoy seeing her on camera and could send her a webcam from a supply company

in order to avoid any suspicion from her mother.  Lighmanntx also stated that he would not meet

anyone without first  seeing them on a webcam.  Later during this same conversation, the

defendant displayed a webcam video of himself masturbating.  Sgt. Milner was able to save a still

image of the chat with the video running.  The following excerpt is from the online conversation

between the defendant and Sgt. Milner:

just rnee (312412008 2:02:17 PM): would enjoy seeing ya on cam before we meet tho
just rnee (312412008 2:02:26 PM): that is if we do meet
just rnee (312412008 2:02:39 PM): I ownt meet anyone with out seeing them on cam first
Jennifer Easley (312412008 2:02:43 PM): I don't think mom will buy me one
Jennifer Easley (312412008 2:02:48 PM): ok
just rnee (312412008 2:02:48 PM): just to be safe
Jennifer Easley (312412008 2:02:52 PM): I see
just rnee (312412008 2:03:10 PM): I can send ya one like it came form a supply company
Jennifer Easley (312412008 2:03:27 PM): really
just rnee (312412008 2:03:46 PM): yes really
Jennifer Easley (312412008 2:06:07 PM): I don't want to give out my home address
just rnee (312412008 2:06:21 PM): I know ya don't
just rnee (312412008 2:06:33 PM): I can have it sent any place you like
Jennifer Easley (312412008 2:06:35 PM): I have to be safe too
Jennifer Easley (312412008 2:06:41 PM): ok maybe
just rnee (312412008 2:06:47 PM): I know an that is good that oyu are
just rnee (312412008 2:07:13 PM): I can have it pre paid at any store ya like.
just rnee (312412008 2:07:24 PM): then you can go in an pick it up
Jennifer Easley (312412008 2:07:39 PM): ok we will see
just rnee (312412008 2:08:02 PM): I do hope we can meet some time an I cna enjoy your company
Jennifer Easley (312412008 2:08:16 PM): maybe
just rnee (312412008 2:08:19 PM): maybe let you try new things with me
Jennifer Easley (312412008 2:08:29 PM): kewl
just rnee (312412008 2:08:33 PM): ya know I want you don't oyu
just rnee (312412008 2:08:50 PM): want to do same thing with you the other boy did
just rnee (312412008 2:09:36 PM): I thnk you will enjoy it more if you are shown how to enjoy it
Jennifer Easley (312412008 2:09:45 PM): kewl maybe ur right
just rnee (312412008 2:09:57 PM): it is fun feels good if ya are shown how ot enjoy it
just rnee (312412008 2:10:14 PM): will oyu send me some new pics of you
Jennifer Easley (312412008 2:10:20 PM): yes
just rnee (312412008 2:10:44 PM): ty
just rnee (312412008 2:10:52 PM): I do enjoy looking at them an playing as I do
just rnee (312412008 2:10:59 PM): so very sexy you are
Jennifer Easley (312412008 2:11:04 PM): really
just rnee (312412008 2:11:16 PM): yes you are an yes I do
just rnee (312412008 2:11:22 PM): please send them
just rnee (312412008 2:12:40 PM): have oyu looked at any of the videos on the link I sent ya

Jennifer Easley (312412008 2:13:10 PM): I have
just rnee (312412008 2:13:22 PM): find any ya like
just rnee (312412008 2:13:28 PM): or want to know about
Jennifer Easley (312412008 2:14:06 PM): just browsing
just rnee (312412008 2:14:20 PM): are ya gonna send me ya new pics
just rnee (312412008 2:14:23 PM): please
just rnee (312412008 2:14:29 PM): I am begging baby
Jennifer Easley (312412008 2:14:46 PM): I don't have ny yet
just rnee (312412008 2:15:04 PM): any you have will be nice
just rnee (312412008 2:15:17 PM): I know ya have more than just the 2 ya sent me
just rnee (312412008 2:15:31 PM): an you were younger in them too
Jennifer Easley (312412008 2:15:56 PM): I don't hve any on here yet
just rnee (312412008 2:16:07 PM): is so nice to look at you as I do it
just rnee (312412008 2:16:18 PM): then send me the ones ya sent before
just rnee (312412008 2:16:45 PM): please Jen
just rnee (312412008 2:17:07 PM): I am very horny baby
just rnee (312412008 2:17:51 PM): I so want to taste you
just rnee (312412008 2:17:59 PM): can I taste you
Jennifer Easley (312412008 2:18:51 PM): yes yes and yes
just rnee (312412008 2:19:12 PM): I want to pull your pants down
just rnee (312412008 2:19:17 PM): spread your legs
just rnee (312412008 2:19:26 PM): burry my face on you
just rnee (312412008 2:19:33 PM): lick an suck on you
Jennifer Easley (312412008 2:19:50 PM): can we do it on that bridge it would be cool to look at while it hapens
just rnee (312412008 2:19:57 PM): slip my finger in you an
just rnee (312412008 2:20:05 PM): if you were up here we could
Jennifer Easley (312412008 2:20:23 PM): that would be cool
just rnee (312412008 2:20:23 PM): want to lick all ya sweet juice from ya
just rnee (312412008 2:20:31 PM): yes it would be so cool
just rnee (312412008 2:20:50 PM): let you bend over the rail
just rnee (312412008 2:20:55 PM): legs spread
just rnee (312412008 2:21:14 PM): an I could suck, lick, nibble on you from behind
just rnee (312412008 2:21:46 PM): suck ya nipples an tease them
just rnee (312412008 2:22:10 PM): ya know I will have to slip insode you too
just rnee (312412008 2:22:41 PM): want you to get on top an do it your self
Jennifer Easley (312412008 2:22:44 PM): thats good
just rnee (312412008 2:23:01 PM): you like it like that
Jennifer Easley (312412008 2:23:06 PM): yes
just rnee (312412008 2:23:33 PM): I want to see your face as you slip down on me
just rnee (312412008 2:23:33 PM): how many times ya done it like that baby
just rnee (312412008 2:24:08 PM): mabe it wont be hard for you if ya have done it like that before
just rnee (312412008 2:24:20 PM): you have odne it before like that havent you Jen
Jennifer Easley (312412008 2:26:31 PM): no not like that
just rnee (312412008 2:31:25 PM): how have ya done it baby
just rnee (312412008 2:31:50 PM): have ya done it more than once ??

16.    It is after this conversation that the first meeting between the defendant and the thirteen year old is scheduled to take place.  The defendant even at one point states that she could stay home sick from school one day when her mother is working but that they would have to talk

prior to the meet.  The reason why a phone call must take place is that the defendant is attempting

to verify the child's age:

just rnee (312412008 9:29:01 PM): well it can happen if you REALLY want it to
just rnee (312412008 9:29:30 PM): have to think of how we can make it all work an all
Jennifer Easley (312412008 9:29:48 PM): ok
just rnee (312412008 9:30:18 PM): it is totally up to you
just rnee (312412008 9:30:30 PM): all the cards are in your hands
just rnee (312412008 9:30:39 PM): youmake the call on it
Jennifer Easley (312412008 9:31:16 PM): I have school starting tomorrow so I don't know when
just rnee (312412008 9:32:42 PM): well is your call on it Jen
Jennifer Easley (312412008 9:33:02 PM): maybe one evening
Jennifer Easley (312412008 9:33:08 PM): aafter school
just rnee (312412008 9:33:35 PM): or maybe you stay home sick from school one day when mom is working days
Jennifer Easley (312412008 9:33:48 PM): I could do that


17.    During the same conversation on March 24th , 2008, the defendant states that he

does not want to find out that she is working for a law enforcement agency and later states that he

wants a nude picture of her to prove that she is not law enforcement:

Jennifer Easley (312412008 9:54:11 PM): I am cautious is all
just rnee (312412008 9:54:41 PM): an I am too Jen
just rnee (312412008 9:55:04 PM): I don't want to find out you are working for some agency or something
just rnee (312412008 9:55:12 PM): that scares the hell out of me
just rnee (312412008 9:55:53 PM): it would not be good to find that out
Jennifer Easley (312412008 9:56:36 PM): I am 13 I cant even afford a phone I am not working for anyone
just rnee (312412008 9:57:00 PM): I REALLY do pray you arent Jen
just rnee (312412008 9:57:11 PM): I am as I say an I DO want YOU
just rnee (312412008 9:57:22 PM): want to do what you want me to
Jennifer Easley (312412008 9:57:24 PM): really thats so cool
just rnee (312412008 9:57:42 PM): yes it is real jen
just rnee (312412008 9:58:04 PM): I want you an look forward to it in many ways
Jennifer Easley (312412008 9:58:07 PM): why do u doubt me
just rnee (312412008 9:58:16 PM): want you to enjoy being with me
Jennifer Easley (312412008 9:58:26 PM): u keep askin about workin for omeone
just rnee (312412008 9:58:46 PM): you know I have to be careful to hun
Jennifer Easley (312412008 9:59:18 PM): I guess so I don't like not being trusted'
just rnee (312412008 9:59:27 PM): because of our age difference an all
just rnee (312412008 9:59:46 PM): it isnt oyu who will bein the same kind of trouble
just rnee (312412008 9:59:56 PM): it is I who would go to jail
just rnee (312412008 10:00:19 PM): you would jsut get grounded or have something taken away
Jennifer Easley (312412008 10:00:28 PM): ok
just rnee (312412008 10:00:36 PM): thatis why I ask you for a pic of you nude
Jennifer Easley (312412008 10:00:37 PM): but I am careful
just rnee (312412008 10:00:55 PM): we both are hun
just rnee (312412008 10:01:11 PM): an it is good for both of us
just rnee (312412008 10:02:06 PM): a nude pic of you would prove you are wanting what ya say
just rnee (312412008 10:02:19 PM): just as I sent you that pic

18.      Five minutes after the defendant requests a nude picture of the thirteen year old

girl he then states in graphic detail what sexual acts he would perform on her when they meet:

just rnee (312412008 10:05:13 PM): if it is sex you want that is ok
just rnee (312412008 10:05:29 PM): if you just want to set an talk that is ok
Jennifer Easley (312412008 10:05:43 PM): ok
just rnee (312412008 10:05:49 PM): if you only wanted to go to a movie that would be ok too
just rnee (312412008 10:06:07 PM): what ever you want is what I want hun
just rnee (312412008 10:06:17 PM): an I want you to enjoy it with me
just rnee (312412008 10:08:08 PM): I want to hold you in my arms
Jennifer Easley (312412008 10:08:18 PM): really
just rnee (312412008 10:08:23 PM): let you kiss me an me kiss you back
just rnee (312412008 10:08:40 PM): rub my hands up an down ya back as I hold yo
Jennifer Easley (312412008 10:09:10 PM): ah nic
just rnee (312412008 10:09:34 PM): yes I want to kiss your neck
just rnee (312412008 10:09:42 PM): kiss my way down
Jennifer Easley (312412008 10:09:53 PM): and
just rnee (312412008 10:09:58 PM): squeeze your sweet lil butt in my hands
just rnee (312412008 10:10:35 PM): feel your breating increase
just rnee (312412008 10:10:46 PM): feel how you respond
just rnee (312412008 10:11:00 PM): slip my hands under your shirt
Jennifer Easley (312412008 10:11:08 PM): and
just rnee (312412008 10:11:25 PM): push ya bra up
just rnee (312412008 10:11:38 PM): carress ya boobs
just rnee (312412008 10:11:48 PM): kiss ya nipples
just rnee (312412008 10:11:55 PM): suckle them
Jennifer Easley (312412008 10:11:59 PM): nice
just rnee (312412008 10:12:06 PM): let oyu undo my pants
just rnee (312412008 10:13:13 PM): put oyur hands inside them
just rnee (312412008 10:13:42 PM): touch me
just rnee (312412008 10:13:51 PM): feel the hardness of it
Jennifer Easley (312412008 10:13:52 PM): I would
Jennifer Easley (312412008 10:13:56 PM): oh yeah'
just rnee (312412008 10:14:13 PM): stroke it lightly
just rnee (312412008 10:14:15 PM): likei am now
just rnee (312412008 10:14:31 PM): slip my hands in your shorts
Jennifer Easley (312412008 10:14:36 PM): stroke it harder
just rnee (312412008 10:14:37 PM): feel your but
just rnee (312412008 10:14:44 PM): oh yes
just rnee (312412008 10:14:54 PM): ya want to see
Jennifer Easley (312412008 10:15:05 PM): sure
just rnee (312412008 10:15:19 PM): let me get my cam
just rnee (312412008 10:15:26 PM): have to plug it in

In addition to the planned meeting at a later date, this is one example of the conversations

between the defendant and the undercover which is an attempt by the defendant to persuade,

induce or entice the underage child to engage in sexual activity for which any person can be

charged with a criminal offense within the state of Texas.

19.     On March 30th , 2008, lighmanntx once again contacts the undercover officer online. This conversation starts with trying to step a meeting but the defendant again states that he will not meet until they talk on the phone.

20.     On March 31st , April 4th , April 9th , April 10th and April 11th , 2008, lighmanntx contacts the undercover officer and a meeting is again discussed.

21.     On April 14, 2008, lighmanntx contacted the undercover officer and provided his phone number in order for "Jennifer", the thirteen year old girl,  to call him to verify her age. Later, this phone number would be the verified as the same phone number being used by the defendant, when his phone is seized following his arrest.

just rnee (4/14/2008 8:45:20 PM): wouldnt it be good to talk with each ohterbefore we meet
Jennifer Easley (4114/2008 8:45:28 PM): yes
just rnee (4/14/2008 8:45:37 PM): like what time will that be hon
Jennifer Easley (4/14/2008 8:45:57 PM): 330
Jennifer Easley (4/1412008 8:46:02 PM): maybe
Jennifer Easley (4/1412008 8:46:07 PM): is that ok
just rnee (4/14/2008 8:46:25 PM): sounds good, I will be sure and have my phone close for your call
Jennifer Easley (4/14/2008 8:46:42 PM): ok
just rnee (4/14/2008 8:47:19 PM): I am looking forward to hearing oyur voice
Jennifer Easley (4/14/2008 8:48:16 PM): me 2
just rnee (4/14/2008 8:49:01 PM): you have a safe place ot write my number down so ya mom wont find it
Jennifer Easley (4/14/2008 8:49:10 PM): yes
just rnee (4/14/2008 8:49:36 PM): 214 XXX-XXXX (Redacted for Complaint)
Jennifer Easley (411412008 8:50:31 PM): got it
just rnee (4/14/2008 8:50:41 PM): cool

22.     On April 15, 2008, a Sansom Park Police Department employee called the phone number given by the defendant.  The officer was posing a thirteen year old girl named Jennifer and the phone conversation was recorded.  The phone conversation was cryptic in nature with the defendant not wanting to get into any sexual details.

23.     After the phone conversation, that same day and on April 16th, 2008, lighmanntx attempted to contact the undercover officer online.

24.     On April 17th, 2008, lighmanntx leaves an online message to the undercover officer stating that he had been thinking about her a lot but that he did not think he could meet as they had planned because there was too much at stake.

25.     However, less than a week later, on April 23rd, 2008, lighmanntx contacted the undercover officer to set up a meeting at a McDonald's in Ft. Worth.  The defendant stated that he would have a drink waiting for her in his vehicle.

```
just rnee (412312008 8:57:26 PM): I am just worried a lil about it is all
Jennifer Easley (412312008 8:57:58 PM): then we can just be friends here
just rnee (412312008 8:58:12 PM): if we meet an no cops jump out an arrest me then I will be ok
Jennifer Easley (412312008 8:58:25 PM): don't be wird
Jennifer Easley (412312008 8:58:28 PM): weird
Jennifer Easley (412312008 8:58:48 PM): if u don't trust me forget it I thought we were friends
just rnee (412312008 8:58:59 PM): ok, you wont turn me in after
just rnee (412312008 8:59:19 PM): we are friends!!!!!!
just rnee (412312008 8:59:31 PM): and I like you a lot
just rnee (412312008 8:59:54 PM): lets meet an just go slow, ok
Jennifer Easley (412312008 8:59:59 PM): you know I walked 15 minutes to a payphone so I could call you
Jennifer Easley (412312008 9:00:14 PM): u r not making me feel good
just rnee (412312008 9:00:25 PM): I know you did
just rnee (412312008 9:00:36 PM): I am sorry jen
just rnee (412312008 9:00:56 PM): I DO WANT TO MEET YOU
just rnee (412312008 9:01:11 PM): tomorrow if you want


just rnee (412312008 9:30:37 PM): I will be there at I lam
just rnee (412312008 9:30:37 PM): yes lunch is my treat
just rnee (412312008 9:30:37 PM): anyplace you like
Jennifer Easley (412312008 9:30:53 PM): mcdonalds is good
Jennifer Easley (412312008 9:31:02 PM): I will drink ?
just rnee (412312008 9:54:23 PM): I totally rebooted
just rnee (412312008 9:55:14 PM): mcdonalds for lunch was last I got
just rnee (412312008 9:55:37 PM): an you drike coke
Jennifer Easley (412312008 9:55:53 PM): yes
just rnee (412312008 9:57:03 PM): I will have you a large one waiting
```

24.     On April 25th, 2008, lighmanntx failed to show up at the scheduled meet time and stated that he had been in a car wreck.  Another meeting was set for April 30th, 2008, at the same McDonald's restaurant in Ft. Worth, Texas.

25.     The same Samson Park Police Department employee that made the phone call to the defendant was dropped off a block away from the McDonald's thirty minutes prior to the

scheduled meeting. As she was entering the McDonald's the defendant drove up to her and stopped. She was wearing the clothing Sgt. Milner had previously stated during an online chat that she would be wearing.

26.     The defendant stated, "Hey, Jen... over here, get in". The undercover officer then stated that she had to use the restroom and that she would be right back.

27.     The defendant then left the area and was arrested following a short car chase.

28.     Once the defendant was secured, observed inside his vehicle was a large drink in the passenger cup holder that the defendant had previously stated he would have waiting for her and a GPS unit with the McDonald's location and directions entered into the GPS unit. Pictures of these items are provided within this affidavit.

29.     The driver of the vehicle was identified as Randall Howard Wolford. After waiving his Miranda rights, he stated he realized at that time that there was no girl and that he had been chatting with an undercover officer. WOLFORD also admitted that the sexually graphic images that were sent to the undercover officer where in fact him.

30.     A search of the defendant's computer revealed the online chats with the undercover officer as well as images of child pornography.

31.     I confirmed the address and name of the defendant by using online records for Tarrant County, Department of Motor Vehicles (DMV) and by using physical surveillance.

32.     During the course of the investigation, Sgt. Milner discovered that the defendant had committed similar acts a few years ago when he attempted to meet another underage girl and was caught in a sting operation conducted by Perverted Justice and NBC's Dateline television show.

Affidavit for Complaint – Page 12

## CONCLUSION

33.     Based on the foregoing facts and circumstances, I respectfully submit that

there is probable cause to believe that on or about April 30, 2008, the defendant Randall

Wolford knowingly used a facility or means of interstate commerce to knowingly attempt

to persuade, induce, entice, or coerce a person under the age of 18 years of age to engage

in sexual acts, in violation of Enticement of a Child, in violation of 18 U.S.C. § 2422.


Sgt. Tom Milner
Sansom Park Police Department

Subscribed and sworn before me this _12_ day of September, 2008

HONORABLE CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE

**Affidavit for Complaint – Page 13**



