IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 15 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. 4:08-CR-165-A |
| | § |
| RANDALL WOLFORD | § |

## VERDICT OF THE JURY

We, the jury, find the defendant, **RANDALL WOLFORD**, _guilty_ as to Count One of the Indictment.

December 15, 2008

_____
Foreperson

_accepted_

_____
JOHN McBRYDE
United States District Judge

For the information of the jury, the count of the indictment reads as follows:

Count One
Enticement of a Child
(Violation of 18 U.S.C. § 2422(b))

On or between March 18, 2008, and May 1, 2008, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Randall Wolford**, did knowingly use a facility and means of interstate commerce, the Internet, to attempt to knowingly persuade, induce, and entice an individual whom he believed was 13 years old, to engage in sexual activity for which a person can be criminally charged under Texas state law, that is, a violation of Section 22.011, Texas Penal Code, which makes it a crime to intentionally and knowingly cause the penetration of the anus or sexual organ of a child (a person younger than 17 years of age, not the spouse of the actor) by any means, or to cause the sexual organ of a child to contact the mouth or sexual organ of another person, including the actor; and a violation of Section 22.021, Texas Penal Code, which makes it a crime to commit the offense referenced in relation to Section 22.011, Texas Penal Code, under circumstances involving a child under 14 years of age.

In violation of 18 U.S.C. § 2422(b).