FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2010 AUG -3 PM 12:28

CLERK OF COURT

4:08-CR-165(1)A

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-10454

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

RANDALL HOWARD WOLFORD,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

ORDER:

IT IS ORDERED that the motion of the Federal Public Defender to withdraw as counsel is *granted*.

/s/ Edith H. Jones
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE

True copy
Attest      29 JUL 2010
Clerk, U.S. Court of Appeals, Fifth Circuit
By /s/ Madeline Chigoy
   Deputy
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2010 AUG -3  PM 12: 28

CLERK OF COURT

July 29, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-10454    USA v. Randall Wolford
        USDC No. 4:08-CR-165-1 — A

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Madeline K. Chigoy, Deputy Clerk
                504-310-7691

Mr. Jason Douglas Hawkins
Ms. Nancy E. Larson
Ms. Karen S. Mitchell
Mr. Randall Howard Wolford

MOT-2