ORIGINAL

United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**FILED**
July 15, 2010

Lyle W. Cayce
Clerk

No. 09-10454

D.C. Docket No. 4:08-CR-165-1 —A

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RANDALL HOWARD WOLFORD,

Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before JONES, Chief Judge, and KING and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:   06 AUG 2010

A True Copy
Attest   06 AUG 2010

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _M. Chigoy_
Deputy

New Orleans, Louisiana

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION
2010 AUG 12 AM 11: 49
CLERK OF COURT