

```
RANDALL WOLFORD 38105-177
FEDERAL CORRECTIONAL COMPLEX
     POST OFFICE BOX 5000
  OAKDALE, LOUISIANA 71463
```

September 13, 2010

United States District Court
Office of the Clerk
Northern District of Texas
501 W. Tenth Street, Room 310
Ft. Worth, Texas 76102

Re: C/A No. 4:08-CR-165-1 — A

Dear Clerk:

    I am the defendant in the above referenced criminal case and I need the trial transcript and also the sentencing transcript. Please advise me as to the cost of these documents and where I should remit payment. Thank in advance for your prompt reply to my request.

                                              Sincerely,

                                              Randall Wolford

cc: file

Randall Wolford 38105-177
Federal Correctional Complex
Post Office Box 5000
Oakdale, Louisiana 71463

ALEXANDRIA LA 713
20 SEP 2010 PM 3 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF LA
FORT WORTH DIVISION

2010 SEP 16  AM 11: 10

CLERK OF COURT

Legal Mail

United States District Court
Office of the Clerk
Northern District of Texas
501 W. Tenth Street, Room 310
Ft. Worth, Texas 76102

76102+7753

# United States District Court
## Northern District of Texas

*[Office Location]*

Sep 16, 2010

Randall Wolford
38105-177 - FCC
P.O. Box 5000
Oakdale , LA 71463

Re: Your correspondence received in the U.S. District Clerk's Office on   Sep 16, 2010
    (processed by: tle    )
    Case No./Style (if known):  4:08-CR-165-(1)-A

☐ The clerk's office is unable to provide the requested forms.

☐ You have more than one case pending in the Northern District of Texas, and your document does not provide a case number. Write the correct case number on your document and return it for filing. The document can only be filed in one case. If you want to file it in more than one case, you must provide separate copies for each case.

☐ Your case was filed in or transferred to another judicial district. We are returning your document(s) so you may file them in that district. The correct court address is provided in the "Other"section at the bottom of this letter.

☐ Your case was filed in or transferred to another division in the Northern District of Texas. As a courtesy we have forwarded the original document(s) to that division. You must mail all future documents to the proper division. The correct division address is provided in the"Other"section at the bottom of this letter.

☐ Your case appears to have been filed in a state district court. We are returning your document(s) so you may file them in the correct court. If we can determine which address you should use, it will be provided in the"Other"section at the bottom of this letter.

☐ The Clerk's Office has no record of any case filed by you. The court's authority is limited to civil and criminal cases that have been filed before it. Absent such a case, no one associated with this court may provide you legal advice or assistance in this matter.

☐ Your case is currently pending before Judge _____

☐ Employees of the court are prohibited from giving legal advice.

☒ Copies of docket sheets and/or copies of documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $9.00 per document. In the event the file must be retrieved from archives, an advance fee of $45.00 per file must be paid. Please be advised that the granting of in forma pauperis status under 28 U.S.C.§1915 does not entitle a litigant to free copies or services. A summary of the page counts and necessary fees is provided:

☐ Pursuant to Local Rule 5.1 of the Local Rules for the United States District Court for the Northern District of Texas, "pleadings, motions, or other papers must not be sent directly to the judge." Such papers will not be filed but returned to the party or destroyed.

☐ Internal Use Only: In the event the Clerk cannot respond to the correspondence (e.g., illegibility, etc.), note reason:

☒ Other:

> Copy fee is $0.50 per page. The clerk's office will only copy documents of 15 pages or fewer on the spot.
>
> Fort Worth Office has a Outside Vendor: Falcon Litigation Solutions. Payment must be arranged in advance. For more information and to find out what their fees are, please contact Falcon Litigation Solutions at 817-870-0330 or see attached Order Form.
>
> Detention and Preliminary Hearing Transcript #69 - (46 pages)
> Telephone Conference Hearing Transcript #72    - (29 pages)
> Telephone Conference Hearing Transcript #73    - (18 pages)
> Docket Call and Vior Dire Hearing Transcript #74 - (86 pages)
> Sentencing Hearing Transcript #75              - (23 pages)
> Trial Proceedings Hearing Transcript #79       - (137 pages)

FALCON LITIGATION SOLUTIONS

# ORDER FORM

CASE NUMBER: _____

CASE NAME: _____

DOCUMENTS REQUESTED: _____

_____

REQUESTED BY: _____

FIRM REFERENCE NUMBER: _____

ADDRESS: _____

PHONE: _____ FAX: _____ EMAIL: _____

_____

INSTRUCTIONS:

_____

_____

_____

_____

_____

_____

_____

PLEASE CALL DAVID LASSITER OR KEVIN MATNEY @ 817-870-0330
FAX ORDER TO 817-870-2432
1310 Throckmorton • Fort Worth, Texas